UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LINDA SLADE,                                                            :
                                                                        :
                                   Plaintiff,                           :
                                                                        :         20-CV-8359 (JMF)
            -v-                                                         :
                                                                        :         ORDER
BOGOPA SERVICE CORP.,                                                   :
                                                                        :
                                   Defendant.                           :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated October 8, 2020, the parties were required to file a joint letter, the contents of which are described in the Order, no later than the earlier of 100 days from the date of the Order or two weeks after Defendant entered a notice of appearance. *See* ECF No. 5. On October 13, 2020, Defendant entered a notice of appearance. ECF No. 6. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **November 6, 2020**.

      SO ORDERED.

Dated: October 30, 2020
      New York, New York
                                           JESSE M. FURMAN
                                      United States District Judge